In the Matter of the Application of HENRY P. MORRISON, Appellant, for a Peremptory Writ of Mandamus against JACOB A. CANTOR, Individually and as President of the Borough of Manhattan of the City of New York, et al., Respondents.

*Matter of Morrison* v. *Cantor*, 75 App. Div. 480, affirmed.
(Argued February 9, 1903; decided Febuary 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1902, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to reinstate the petitioner in the position of chief engineer in the bureau of highways of the borough of Manhattan and dismissed the petition.

*Roger Foster* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.